# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DARNELL WESLY MOON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:15CV187 SNLJ |
| BARRON E. PRATTE, et al., | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On December 10, 2015, service was returned unexecuted for defendants Walter Spitzmiller, Karen Auners, and Bradley Lott because these defendants no longer work for the Southeast Missouri Behavioral Health Center. As a result, the Court will order defendants to submit the last known home addresses for these defendants under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that defendants are directed to submit the last known home addresses for defendants Walter Spitzmiller, Karen Auners, and Bradley Lott to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 14th day of December, 2015.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE